```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 42058
     PAUL J WALEN JR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-6932


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 09/30/05 and confirmed on 04/27/06.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  12208.48 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ILLINOIS TITLE LOANS | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 3270.65 | 396.96 | 3270.65 |
| INTERNAL REVENUE SERVICE | UNSECURED | 364.48 | .00 | 364.48 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITONE LLC | UNSECURED | 1705.00 | .00 | 1705.00 |
| COLLECTION PROFESSIONALS | UNSECURED | 59.97 | .00 | 59.97 |
| CAPITAL ONE BANK | UNSECURED - C | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| SELECT PORTFOLIO SERVICI | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY PRACTICE ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KUBASIAK FYLSTRA REIZEN | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| GORCOWSKI & LANTZ PC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

```
STEPAN TRERCIC D.D.S.        UNSECURED      NOT FILED              .00         .00
SUNSTAR ACCEPTANCE CORPO     UNSECURED      NOT FILED              .00         .00
PROFESSIONAL ACCOUNTS MA     UNSECURED      NOT FILED              .00         .00
VERIZON WIRELESS             UNSECURED      NOT FILED              .00         .00
WEST SUBURBAN CARDIOLOGI     UNSECURED      NOT FILED              .00         .00
TRI COUNTY ACCOUNTS          UNSECURED      NOT FILED              .00         .00
INTERNAL REVENUE SERVICE     PRIORITY         1645.36              .00     1645.36
ADVENTIST HEALTH SYSTEM      UNSECURED      NOT FILED              .00         .00
ALAN L MILLLER               UNSECURED      NOT FILED              .00         .00
BUREAU OF COLLECTION REC     UNSECURED      NOT FILED              .00         .00
COMED                        UNSECURED      NOT FILED              .00         .00
DUPAGE PATHOLOGY ASSOC       UNSECURED      NOT FILED              .00         .00
EDWARD HOSPITAL              UNSECURED      NOT FILED              .00         .00
PREMIER BANKCARD/CHARTER     UNSECURED         284.11              .00      284.11
ECAST SETTLEMENT CORPORA     UNSECURED         794.21              .00      794.21
MALCOLM S GERALD             UNSECURED      NOT FILED              .00         .00
NICOR GAS                    UNSECURED      NOT FILED              .00         .00
OSI COLLECTION SERVICES      UNSECURED      NOT FILED              .00         .00
SUBURBAN RADIOLOGISTS        UNSECURED      NOT FILED              .00         .00
CENTRAL DUPAGE HOSPITAL      UNSECURED         484.51              .00      484.51
          Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 3270.65       1645.36       3692.28          .00       8608.29
PRINCIPAL PAID     3270.65       1645.36       3692.28          .00       8608.29
INTEREST PAID       396.96           .00           .00          .00        396.96
TOTAL PAID         3667.61       1645.36       3692.28          .00       9005.25
```

The Debtor's attorney, DEBRA J VORHIES-LEVINE          , was allowed $    2700.00
and was paid $    306.00   direct and $    2394.00   through the plan.

The Trustee received $    440.10 .

Refunds to the Debtor totaled $    369.13 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated:  07/21/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                            PAGE   3
     CASE NO. 05 B 42058 PAUL J WALEN JR
```